UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SEAN WENCLASKY,

        Petitioner,        Case No. 2:15-cv-149

v.        HON. ROBERT HOLMES BELL

JEFFREY WOODS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days of the date of this order why he is entitled to a stay of these proceedings. If Petitioner fails to meet the *Rhines* requirements for a stay or fails to timely comply with the Court's order, the Court will review only his exhausted claim.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss for failure to exhaust (ECF No. 8) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 10) is **NOT ADOPTED**.

Date:  October 14, 2016                /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE